THE BOARD OF COMMISSIONERS OF PILOTS, APPEL-LANT, *v.* PAUL N. SPOFFORD AND OTHERS, EXECUTORS, ETC., RESPONDENTS.

*Extra allowance — Laches.*

REARGUMENT of an appeal from an order of Special Term, granting an additional allowance.*

Although there are questions in a cause making it a difficult and extraordinary one within the meaning of the Code, yet if all these questions are decided in favor of the plaintiff, if the defendant succeeds in the case an additional allowance should not be granted to him for having contested questions upon which the plaintiff has succeeded. When defendants had adjusted their costs on appeal, the General Term disallowed certain costs, and on further appeal the Court of Appeals held that they had been properly allowed; no extra allowance having been asked for or granted, it was *held*, that the defendants could not abandon the bill of costs thus adjusted and served, and commence *de novo* for the purpose of seeking an allowance.

*Wm. Allen Butler*, for the appellant.

*William G. Cooke*, for the respondents.

Opinion by DAVIS, P. J.

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Motion denied, with ten dollars costs.

* Reported before, 3 Hun, 52, 57.